| | | |
|---|---|---|
| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>**U.S. Probation Office<br>Horiguchi Bldg., Rm. 4D<br>P.O. Box 502089<br>Saipan, MP 96950<br>Ph) 670-236-2989<br>Fx) 670-236-2992** |

AQUINO, Juan E.
USDC Cr. Cs. 00-00004-001
DOB: X-X-1945
SSN: 586-XX-XXXX



DATE  September 21, 2005
Clerk
District Court

SEP 22 2005

For The Northern Mariana Islands
By_____
(Deputy Clerk)

YOU ARE AUTHORIZED TO TRAVEL TO     **Guam**

LEAVING     **September 23, 2005**     AND RETURNING     **September 23, 2005**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Medical check-up for pacemaker

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall comply with your probation conditions while away from the District of the Northern Mariana Islands.

2. You shall report to the U.S. Probation Office within 24 hours upon your return to the District of the Northern Mariana Islands.

COPY MAILED TO CHIEF PROBATION OFFICER IN DISTRICT OF DESTINATION:

NAME     F. Michael Cruz, CUSPO
ADDRES   2nd Floor, U.S. Courthouse, 520 W.
         Hagatna, Guam 96910
         Fax: (671)473-9202

_Melinda N. Brunson_
UNITED STATES PROBATION OFFICER

☒ APPROVE     ☐ DISAPPROVE

HONORABLE ALEX R. MUNSON
CHIEF JUDGE
U.S. DISTRICT COURT OF THE
NORTHERN MARIANAS ISLANDS