| PROB 37<br>(Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>**U.S. Probation Office<br>Horiguchi Bldg., Rm. 4D<br>P.O. Box 502089<br>Saipan, MP 96950<br>Ph) 670-236-2989<br>Fx) 670-236-2992** |
|---|---|---|

AQUINO, Juan E.
USDC Cr. Cs. 00-00004-001
DOB: XX-XX-1945
SSN: XXX-XX-5692



DATE  March 21, 2006
F I L E D
Clerk
District Court

MAR 2 2 2006

For The Northern Mariana Islands
By_____
          (Deputy Clerk)

YOU ARE AUTHORIZED TO TRAVEL TO    **Guam**

LEAVING     **March 23, 2006**     AND RETURNING     **March 23, 2006**

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Medical check-up for pacemaker


SPECIAL INSTRUCTIONS:     (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA.
                         ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)


**1. You shall comply with your probation conditions while away from the District of the Northern Mariana Islands.**

**2. You shall report to the U.S. Probation Office within 24 hours upon your return to the District of the Northern Mariana Islands.**


COPY MAILED TO CHIEF PROBATION OFFICER IN
DISTRICT OF DESTINATION:

NAME     F. Michael Cruz, CUSPO
ADDRESS  2nd Floor, U.S. Courthouse, 520 W. Soledad
         Hagatna, Guam 96910
         Fax: (671)473-9202

_Melinda N. Brunson_
UNITED STATES PROBATION OFFICER

☒ APPROVED     ☐ DISAPPROVED

_____
HONORABLE ALEX R. MUNSON
CHIEF JUDGE
U.S. DISTRICT COURT OF THE NORTHERN
MARIANAS ISLANDS

**UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff<br><br>vs.<br><br>JUAN E. AQUINO,<br>    Defendant | USDC Cr. Cs. No. 00-00004-001<br><br>**REQUEST TO TRAVEL** |

  On November 7, 2001, Juan E. Aquino was sentenced in the U.S. District Court of the Northern Mariana Islands to 60 months probation after pleading guilty to two counts of Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924 (a)(2). His term of probation included the following conditions: that he not commit another federal, state, or local offense; that he comply with the standard conditions of probation; that he not possess a firearm or other dangerous weapon or have at his residence; that he refrain from the use of any alcoholic beverage; that he seek and maintain gainful employment; that he perform 500 hours of community service; that he pay the cost of his probation; and that he pay a $25,000 fine. His term of probation will expire on November 6, 2006.

  Mr. Aquino is in compliance with his probation conditions, and reports monthly as required. On April 5, 2002, he completed his community service. On December 15, 2005, he paid off his $25,000 fine. He is now paying $100 a month to his cost of supervision ($14,638.80). He has been unable to obtain employment due to medical issues, however, he receives income from several rental properties on Saipan.

  Mr. Aquino is requesting to travel to Guam on March 23, 2006, for one day for a medical check-up for his pacemaker. On March 20, 2006, he received notification from the Commonwealth Health Center Medical Office of his appointment. He will be traveling by himself.

  This Officer supports the request for one day of travel and seeks the Court's approval to allow him travel to Guam.

  RESPECTFULLY submitted this _21st_ day of March 2006.

            FRANK MICHAEL CRUZ
            Chief U.S. Probation Officer

         By: _____
            MELINDA N. BRUNSON
            U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc: File