FILED
Clerk
District Court

APR 13 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

**UNITED STATES DISTRICT COURT**
**FOR THE**
**NORTHERN MARIANA ISLANDS**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff<br><br>vs.<br><br>JUAN E. AQUINO,<br>Defendant | USDC Cr. Cs. No. 00-00004-001<br><br>**REQUEST TO TRAVEL** |

On November 7, 2001, Juan E. Aquino was sentenced in the U.S. District Court of the Northern Mariana Islands to 60 months probation after pleading guilty to two counts of Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924 (a)(2). His term of probation included the following conditions: that he not commit another federal, state, or local offense; that he comply with the standard conditions of probation; that he not possess a firearm or other dangerous weapon or have at his residence; that he refrain from the use of any alcoholic beverage; that he seek and maintain gainful employment; that he perform 500 hours of community service; that he pay the cost of his probation; and that he pay a $25,000 fine. His term of probation will expire on November 6, 2006.

Mr. Aquino is in compliance with his probation conditions, and reports monthly as required. On April 5, 2002, he completed his community service. On December 15, 2005, he paid off his $25,000 fine. He is now paying $100 a month towards his cost of supervision ($14,638.80). He has been unable to obtain employment due to medical issues, however, he receives income from several rental properties on Saipan.

Mr. Aquino is requesting to travel to Guam on April 21, 2006 for a medical stress test to be performed at the Guam Medical Imaging Center. Travel accommodations are being prepared by the Commonwealth Health Center's Medical Referral Office.

This Officer supports the request for one day of travel and seeks the Court's approval to allow him travel to Guam.

RESPECTFULLY submitted this 13th day of April, 2006.

Respectfully submitted:
FRANK MICHAEL CRUZ

MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader
cc: File