| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>**U.S. Probation Office<br>Horiguchi Bldg., Rm. 4D<br>P.O. Box 502089<br>Saipan, MP 96950<br>Ph) 670-236-2989<br>Fx) 670-236-2992** |

AQUINO, Juan E.
USDC Cr. Cs. 00-00004-001
DOB: XX-XX-1945
SSN: XXX-XX-5692



DATE ___April 21, 2006___

F I L E D
Clerk
District Court

APR 13 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

YOU ARE AUTHORIZED TO TRAVEL TO ___Guam___

LEAVING ___April 21, 2006___ AND RETURNING ___April 21, 2006___

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Medical exam at Guam Medical Imaging Center

SPECIAL INSTRUCTIONS: (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall comply with your probation conditions while away from the District of the Northern Mariana Islands.

2. You shall report to the U.S. Probation Office within 24 hours upon your return to the District of the Northern Mariana Islands.

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

NAME    F. Michael Cruz, CUSPO
ADDRES  2nd Floor, U.S. Courthouse, 520 W.
        Hagatna, Guam 96910
        Fax: (671)473-9202

_Melinda N. Brunson_
UNITED STATES PROBATION OFFICER

☒ APPROVE    ☐ DISAPPROVE

_Alex R. Munson_
HONORABLE ALEX R. MUNSON,
CHIEF JUDGE
U.S. DISTRICT COURT OF THE
NORTHERN MARIANAS ISLANDS