PROB 37
(Rev.
7/71)

UNITED STATES DISTRICT COURT
FEDERAL PROBATION SYSTEM

## PERMISSION TO TRAVEL

ADDRESS OF PROBATION OFFICE

**U.S. Probation Office
Horiguchi Bldg., Rm. 4D
P.O. Box 502089
Saipan, MP 96950
Ph) 670-236-2989
Fx) 670-236-2992**

AQUINO, Juan E.
USDC Cr. Cs. 00-00004-001
DOB: XX-XX-1945
SSN: XXX-XX-5692



DATE _____ May 2, 2006 _____

F I L E D
Clerk
District Court

MAY — 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

YOU ARE AUTHORIZED TO TRAVEL TO    **Guam**

LEAVING _____ **May 5, 2006** _____  AND RETURNING _____ **May 5, 2006** _____

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Medical exam at Guam Medical Imaging Center

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN
TRAVEL AREA.  ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN
DESTINATION DISTRICT.)

**1.  You shall comply with your probation conditions while away from the District of the
Northern Mariana Islands.**

**2.  You shall report to the U.S. Probation Office within 24 hours upon your return to the
District of the Northern Mariana Islands.**

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

_____Melinda N. Brunson_____
UNITED STATES PROBATION OFFICER

NAME    F. Michael Cruz, CUSPO

ADDRES    2nd Floor, U.S. Courthouse, 520 W.

Hagatna, Guam 96910

Fax: (671)473-9202

☒ APPROVE    ☐ DISAPPROVE

_____Alex R. Munson_____
HONORABLE ALEX R. MUNSON
CHIEF JUDGE
U.S. DISTRICT COURT OF THE
NORTHERN MARIANAS ISLANDS

# UNITED STATES DISTRICT COURT
### DISTRICTS OF GUAM AND THE NORTHERN MARIANA ISLANDS
### PROBATION/PRETRIAL OFFICE

FRANK MICHAEL CRUZ
Chief Probation Officer
Guam Office
Sirena Plaza, Suite 308, 108
92 W. Soledad Avenue
Hagåtña, Guam 96910
Tel: 671-473-9201
Fax: 671-473-9202



CNMI Office
Horiguchi Bldg., Rm. 212
P.O. Box 500 GK
Saipan, MP 96950
Tel: 670-233-2950
Fax: 670-233-2952

May 3, 2006

Honorable Alex R. Munson
Chief Judge, U.S. District Court
District Court of the Northern Mariana Islands
Horiguchi Building
Saipan, MP 96950

> **Re:  AQUINO, Juan E.**
> **USDC Cr. Cs. No. 00-00004-001**
>
> **TRAVEL REQUEST INFORMATION**

Dear Judge Munson:

On November 7, 2001, Juan E. Aquino was sentenced in the U.S. District Court of the Northern Mariana Islands to 60 months probation after pleading guilty to two counts of Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924 (a)(2). His term of probation included the following conditions: that he not commit another federal, state, or local offense; that he comply with the standard conditions of probation  that he not possess a firearm or other dangerous weapon or have at his residence; that he refrain from the use of any alcoholic beverage; that he seek and maintain gainful employment; that he perform 500 hours of community service; that he pay the cost of his probation; and that he pay a $25,000 fine.  His term of probation will expire on November 6, 2006.

Mr. Aquino is in compliance with his probation conditions, and reports monthly as required. On April 5, 2002, he completed his community service. On December 15, 2005, he paid off his $25,000 fine.  He is now paying $100 a month towards his cost of supervision ($14,638.80).  He has been unable to obtain employment due to medical issues, however, he receives income from several rental properties on Saipan.

Mr. Aquino was approved to travel to Guam on April 21, 2006 for one day of medical treatment, however, he did not travel on that day after his doctor recommended that he postpone the trip to incorporate additional medical check-ups for his pacemaker.  The Commonwealth Health Center has since made arrangements for Mr. Aquino to travel to Guam on May 5, 2006 for medical evaluations and treatment.  Mr. Aquino is therefore respectfully requesting for authorization to travel to Guam on May 5, 2006.

Travel Request Information
Re:   AQUINO, Juan E.
USDC Cr. Cs. No. 00-00004-001
May 3, 2006
Page 2

This Officer supports the request for one day of travel and seeks the Court's approval to allow him travel to Guam.

RESPECTFULLY submitted this ___$\frac{4th}{}$___ day of May 2006.

FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By:

MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:


ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   File