| | | |
|---|---|---|
| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. Probation Office<br>Horiguchi Bldg., Rm. 4D<br>P.O. Box 502089<br>Saipan, MP 96950<br>Ph) 670-236-2989<br>Fx) 670-236-2992 |



AQUINO, Juan E.
USDC Cr. Cs. 00-00004-001
DOB: XX-XX-1945
SSN: XXX-XX-5692

DATE: May 15, 2006

FILED
Clerk
District Court

MAY 15 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

YOU ARE AUTHORIZED TO TRAVEL TO    Guam

LEAVING    May 16, 2006    AND RETURNING    May 21, 2006

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Operation at Guam Memorial Hospital

SPECIAL INSTRUCTIONS:    (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall comply with your probation conditions while away from the District of the Northern Mariana Islands.

2. You shall report to the U.S. Probation Office within 24 hours upon your return to the District of the Northern Mariana Islands.

3. Should you need to extend your travel period due to medical reasons, contact your probation officer or the Guam U.S. Probation Office at (671) 437-9201.

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

_Melinda N. Brunson_
UNITED STATES PROBATION OFFICER

NAME    F. Michael Cruz, CUSPO
ADDRES  2nd Floor, U.S. Courthouse, 520 W.
        Hagatna, Guam 96910
        Phone: (671) 473-9201

☒ APPROVE    ☐ DISAPPROVE

_____
HONORABLE ALEX R. MUNSON
CHIEF JUDGE
U.S. DISTRICT COURT OF THE
NORTHERN MARIANAS ISLANDS

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff<br><br>vs.<br><br>JUAN E. AQUINO,<br>　　　　Defendant | USDC Cr. Cs. No. 00-00004-001<br><br>**REQUEST TO TRAVEL** |

　　　On November 7, 2001, Juan E. Aquino was sentenced in the U.S. District Court of the Northern Mariana Islands to 60 months probation after pleading guilty to two counts of Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924 (a)(2). His term of probation included the following conditions: that he not commit another federal, state, or local offense; that he comply with the standard conditions of probation; that he not possess a firearm or other dangerous weapon or have at his residence; that he refrain from the use of any alcoholic beverage; that he seek and maintain gainful employment; that he perform 500 hours of community service; that he pay the cost of his probation; and that he pay a $25,000 fine. His term of probation will expire on November 6, 2006.

　　　Mr. Aquino is in compliance with his probation conditions, and reports monthly as required. On April 5, 2002, he completed his community service. On December 15, 2005, he paid off his $25,000 fine. He is now paying $100 a month towards his cost of supervision ($14,638.80). He has been unable to obtain employment due to medical issues, however, he receives income from several rental properties on Saipan.

　　　Arrangements have been made by the Commonwealth Health Center for Mr. Aquino to travel to Guam from May 16 to May 21, 2006 for an operation to replace the batteries in his pacemaker. Upon arrival in Guam, Mr. Aquino will be taken directly to the Guam Memorial Hospital, where he will remain after the operation while he recovers. Mr. Aquino's wife, Mary Lee Aquino, will be traveling with him.

　　　This Officer supports the request for Mr. Aquino's travel and seeks the Court's approval to allow him travel to Guam from May 16 to 21, 2006.

　　　RESPECTFULLY submitted this _15th_ day of May, 2006.

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted:
　　　　　　　　　　　　　　　　　　　　　FRANK MICHAEL CRUZ

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　MELINDA N. BRUNSON
　　　　　　　　　　　　　　　　　　　　　U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader
cc:　File