| | | |
|---|---|---|
| PROB 37 (Rev. 7/71) | UNITED STATES DISTRICT COURT<br>FEDERAL PROBATION SYSTEM<br><br>**PERMISSION TO TRAVEL** | ADDRESS OF PROBATION OFFICE<br><br>U.S. Probation Office<br>Horiguchi Bldg., Rm. 4D<br>P.O. Box 502089<br>Saipan, MP 96950<br>Ph) 670-236-2989<br>Fx) 670-236-2992 |

AQUINO, Juan E.
USDC Cr. Cs. 00-00004-001
DOB: XX-XX-1945
SSN: XXX-XX-5692



DATE _____ August 14, 2006 _____
FILED
Clerk
District Court

AUG 1 4 2006

For The Northern Mariana Islands
By_____
(Deputy Clerk)

YOU ARE AUTHORIZED TO TRAVEL TO   Gig Harbor, Washington

LEAVING   August 23, 2006    AND RETURNING   N/A (trans. of supervision)

WITHIN 24 HOURS AFTER YOUR RETURN YOU WILL CONTACT THIS OFFICE.

PURPOSE OF THIS TRIP:

Relocation to Gig Harbor, Washington. Client will be living with his son, Aquinaldo Aquino, daughter-in-law, and four grandchildren at the following address:

SPECIAL INSTRUCTIONS:   (INCLUDE REQUIREMENT OF CRIMINAL REGISTRATION ORDINANCES IN TRAVEL AREA. ALSO INCLUDE INSTRUCTIONS FOR REPORTING IN DESTINATION DISTRICT.)

1. You shall comply with your probation conditions while away from the District of the Northern Mariana Islands.

2. You shall report to U.S. Probation Officer Michael Markham at the Tacoma Union Station Courthouse, 1717 Pacific Avenue, Rm. 1310, Tacoma, Washington 98402, Telephone No. 253-593-6304, within 72 hours upon arrival of your destination.

COPY MAILED TO CHIEF PROBATION
OFFICER IN DISTRICT OF DESTINATION:

NAME   William S. Corn, CUSPO
ADDRES   Tacoma Union Station Courthouse
1717 Pacific Ave., Rm. 1310
Tacoma, WA 98402
T. 253-593-6304   F. 253-593-6378

_Melinda N. Brunson_
UNITED STATES PROBATION OFFICER

☒ APPROVE    ☐ DISAPPROVE

_Alex R. Munson_
HONORABLE ALEX R. MUNSON

RECEIVED
AUG 1 4 2006
Clerk
District Court
The Northern Mariana Islands

## UNITED STATES DISTRICT COURT
### DISTRICTS OF GUAM AND THE NORTHERN MARIANA ISLANDS
### PROBATION/PRETRIAL OFFICE

**FRANK MICHAEL CRUZ**
CHIEF PROBATION OFFICER

**Guam Office**
Second Floor, U.S. Courthouse
520 W. Soledad Avenue
Hagåtña, Guam  96910
Tel: (671) 473-9201
Fax: (671) 473-9202



**CNMI Office**
Horiguchi Bldg., Rm. 212
P.O. Box 687 CK
Saipan, MP  96950
Tel: (670) 236-2990
Fax: (670) 236-2992

August 10, 2006

Honorable Alex R. Munson
Chief Judge
U.S. District Court
District Court of Northern Mariana Islands
Horiguchi Building
Saipan, MP  96950

Re:   AQUINO, Juan E.
      U.S.D.C. Cr. Cs. No.: 00-00004-001

**TRAVEL REQUEST INFORMATION**

Dear Judge Munson:

On November 7, 2001, Juan E. Aquino was sentenced in the U.S. District Court of the Northern Mariana Islands to 60 months probation after pleading guilty to two counts of Felon in Possession of a Firearm and Ammunition, in violation of 18 U.S.C. §§ 922(g)(1) and 924 (a)(2).  His term of probation included the following conditions: that he not commit another federal, state, or local offense; that he comply with the standard conditions of probation; that he not possess a firearm or other dangerous weapon or have at his residence; that he refrain from the use of any alcoholic beverage; that he seek and maintain gainful employment; that he perform 500 hours of community service; that he pay the cost of his probation; and that he pay a $25,000 fine.  His term of probation will expire on November 6, 2006.

Mr. Aquino is in compliance with his probation conditions, and reports monthly as required.  On April 5, 2002, he completed his community service, and on December 15, 2005, he paid off his $25,000 fine.  He is now paying $100 a month towards his cost of supervision, and currently has a balance of $14,238.80.  He has been unable to obtain employment due to medical issues, however, he receives income from several rental properties on Saipan.

Request to Travel
Re:   AQUINO, Juan E.
USDC Cr. Cs. No. 00-00004-001
August 10, 2006
Page 2


In September 2005, Mr. Aquino requested to relocate to Gig Harbor, Washington, to live with his son, daughter-in-law, and grandchildren. The U.S. Probation Office for the Western District of Washington conducted an investigation, and on October 13, 2005, approved the transfer of supervision. However, due to financial difficulties and recurring health problems, Mr. Aquino was unable to relocate at that time.

On July 25, 2006, Mr. Aquino advised this Officer that he would like to travel to Washington to relocate permanently. On August 2, 2006, U.S. Probation Officer Michael Markham stated that the Western District of Washington is still willing to accept Mr. Aquino's transfer despite the ten months that have passed since the initial approval.

This Officer supports the request for Mr. Aquino's travel and relocation to the Western District of Washington and seeks the Court's approval to allow him travel to Gig Harbor, Washington, on August 23, 2006.

RESPECTFULLY submitted this __14th__ day of August 2006.


FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

By: _____
MELINDA N. BRUNSON
U.S. Probation Officer

Reviewed by:

_____
ROSSANNA VILLAGOMEZ-AGUON
U.S. Probation Officer
Supervision Unit Leader

cc:   File