**AQUINO_J.3dep**

LEONARDO M. RAPADAS
United States Attorney
JESSICA F. CRUZ
Assistant U.S. Attorney
MIKEL W. SCHWAB
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 00-00004 |
| Plaintiff, ) | |
| vs. ) | NOTICE OF INTENTION TO TAKE THIRD PARTY ORAL DEPOSITION |
| JUAN EVANGELISTA AQUINO, ) | WITH SUBPOENA DUCES TECUM |
| Defendant. ) | |

TO: Marylee P. Aquino
P.O. Box XXXXXX
Saipan, MP 96950

Please take notice that the United States of America, the plaintiff and judgment creditor herein, will, on May 22, 2008, take third party oral deposition of Marylee P. Aquino, in the above referenced case pursuant to Rules 30 and 69(a) of the Federal Rules of Civil Procedure and in aid of collecting its judgment.

Said third party deposition will take place at the offices of the United States Attorney, 3rd Floor, Horiguchi Building, Garapan, Saipan, MP at 3:00 p.m. on May 22, 2008 and will continue until completed. Said deposition will be taken before a Certified Court Reporter and will be taken upon oral examination for the purpose of discovery or as evidence or both pursuant to the Federal Rules of Civil Procedure.

//

Notice is hereby further given that at this deposition, Marylee P. Aquino, is hereby required to produce all documents described in the accompanying Schedule A.

DATED, this 6th day of March, 2008.

                                  LEONARDO M. RAPADAS
                                  United States Attorney
                                  Districts of Guam and the NMI

By:    /s/Jessica F. Cruz
        JESSICA F. CRUZ
        Assistant U.S. Attorney
        Jessica.F.Cruz@usdoj.gov
        MIKEL W. SCHWAB
        Assistant U.S. Attorney
        mikel.schwab@usdoj.gov

SCHEDULE A TO NOTICE OF INTENT TO TAKE
THIRD PARTY ORAL DEPOSITION WITH SUBPOENA DUCES TECUM

1. Current bank statements for the past twelve (12) months from all domestic and foreign banks or other financial institutions where any sole proprietorship, partnership or corporation in which you are joint with Juan E. Aquino and owns any interest.

2. Current bank statements for the past twelve (12) months from all domestic and foreign banks or other financial institutions where you, joint with Juan E. Aquino, have an account of any kind, including but not limited too, time certificate of deposits.

3. All trust agreements in which you, joint with Juan E. Aquino, are named settlor, trustee, or beneficiary.

4. All deeds, leases, contracts, and other documents evidencing encumbrances of any kind on real property owned jointly with Juan E. Aquino.

5. All deeds of trusts, mortgages, or other documents evidencing encumbrances of any kind on real property owned jointly with Juan E. Aquino in which you, joint with Juan E. Aquino, have any ownership interest.

6. A listing of all stock, bonds, or other securities of any class you own jointly with Juan E. Aquino, including options to purchase any securities and the actual instruments if in your possession.

7. Current brokerage statements for the past twelve (12) months from any stock brokerage firm or similar entity where you, joint with Juan E. Aquino, have an account of any kind.

8. Title to any motor vehicle jointly owned with Juan E. Aquino.

9. All life insurance policies held by you in which Juan E. Aquino is either the insured or the beneficiary.

10. All promissory notes held by you, and all other documents evidencing any money owed to you, jointly with Juan E. Aquino, either now or in the future.

11. All deeds, titles, bills of sale, or other documents prepared in connection with any transfer of real or personal property made with you to Juan E. Aquino or jointly with Juan E. Aquino, either by gift, sale, or otherwise.

12. All documents evidencing any interest you have with Juan E. Aquino in any pension plan, retirement fund, or profit sharing plan.